IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL JOYCE, | ) | No 09 B 36211 |
| NANCY JOYCE, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

*DEFERRING DISCHARGE*

SECOND ORDER ~~EXTENDING TIME TO FILE REAFFIRMATION AGREEMENTS AS TO AMERICAN EAGLE BANK ONLY~~ TO AND INCLUDING FEBRUARY 1, 2010

This cause comes on the Debtors **SECOND MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT WITH AMERICAN EAGLE BANK AND TO ENTER A DISCHARGE ORDER THEREAFTER,** due proof of service of all parties entitled to notice, the court being advised,

IT IS ORDERED,

1. Entry of discharge is deferred to ~~The date for a reaffirmation agreement as to American Eagle Bank to be filed in this case is extended through~~ and including February 1, 2010. This is the second and therefore final extension.

DATED: _____
United States Bankruptcy Judge

JAN 29 2010

Paul M. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065
847-564-0808